

Edward Y. Kroub - Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

February 18, 2022

The Honorable Katherine P. Failla
United States District Court
Southern District of New York
40 Centre St.
New York, NY 10007



Re:   *Ortega v. FishUSA, Inc.;* Case No. 1:21-cv-10067

Dear Judge Failla:

We now represent plaintiff Juan Ortega ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for February 25, 2022, at 4:30 p.m. Plaintiff request this adjournment since they have not yet received an Affidavit of Service from the process server. Plaintiff requests 15 days to file an affidavit of service on the docket and that the initial conference be rescheduled to a later date that allows Defendant to appear. This is Plaintiff's first request for such an adjournment.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

```
Application GRANTED.  The initial pretrial conference scheduled
for February 25, 2022, is hereby ADJOURNED to March 25, 2022, at
11:00 a.m.  The Clerk of Court is directed to terminate the
pending motion at docket number 7.

Dated:    February 22, 2022            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE